## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**DANIEL WADE KINCAID, other, Daniel Thomas Rinck**                                          **PLAINTIFF**

v.                           No. 4:25-cv-1039-DPM

**STATE OF ARKANSAS;  EAST ARKANSAS BEHAVIORAL HEALTH CENTER;  DRUG ENFORCEMENT ADMINISTRATION;  CENTERS YOUTH AND FAMILY SERVICES;  WINN, Doctor, Immediate Supervisor;  and HUNTER, Doctor, Immediate Supervisor**                    **DEFENDANTS**

### JUDGMENT

Kincaid's complaint is dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge

_5 December 2025_